

Dear Honorable Judge Gordon,

    I am writing you to petition the court for a early release from my term of supervised release. From the time of my release from jail on January, 12, one year and eleven months ago, I have had no violations and have become a productive member of society. To date, I have had stable employment and have lived in the same residence since the day of my release. Furthermore, I have completed my mental health evaluation as well as my drug and substance abuse treatment.

    In the time that I have been on supervised release I have held stable employment and have never been in trouble with my workplace. I started out working for Firestone Complete Auto Care as a technician and worked my way up to management. After being in management for approximately one and a half years; I left Firestone to work at Air For Less, which is an HVAC company. With this company, I was employed as a Crew shift supervisor. After being at Air For Less for approximately four months, I had to take a personal lay off due to the season being too slow work wise. I immediately found my current employment as a security officer on Fremont Street.

    When I first was released from custody, I lived with my sister for about one month. After a month of living with her; I was able to find my own apartment which I found shortly after gainful employment with Firestone. I have lived in the same location for the entirety of the two years that I have been released from custody. My goal is to eventually own a home and move out of my apartment, which at this moment, I am looking for a home to buy.

    My goal is within the next several months to a year, either reduce or seal my record so that I may pursue my dreams to be with the United States Marine Corps (U.S.M.C.). As of the moment I am working with a local recruiter who has notified me that the only way that I can continue with him is to be off of probation and to fix my current record. Once I have done this, I will be able to continue with the U.S.M.C. And possibly peruse a MOS in the motor pool working with heavy equipment.

    Furthermore, I have also established a successful relationship with my current girlfriend, whom I have been dating for five months. She currently lives with me and we both have successful jobs. At the moment we both are looking for employment to better ourselves and further our dream careers. Hers is also to be in the US Military. We both agree that the first step to get back onto track to accomplish my goals, is for me to be off of supervision.

    I realize I made a horrible mistake. One that could potentially affect me for the rest of my life. I was essentially a "dumb kid," and in no way meant to hurt anyone with my actions. I have complied with every aspect of my supervision and my conditions and have not so much as a blemish on my probation file. Therefore, it is respectfully requested my supervision term be terminated early, so I can move forward and toward my life goals, which include entry into the military. I realize getting my sentence reduced and/or sealed is an enormous feat, however, it is one I will take on with great enthusiasm. I love my country and am willing to do whatever it takes to protect her.

Respectfully,

Steven Fernandes