DANIEL G. BOGDEN
United States Attorney
NICHOLAS D. DICKINSON
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX:  (702) 388-6418

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN MATTHEW FERNANDES,<br><br>Defendant. | 2:12-cr-00355-APG-VCF<br><br>GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S REQUEST TO TERMINATE SUPERVISED RELEASE |

The government opposes the defendant's request for early release of his three year term of supervised release.  Doc 54.

This was a troubling and difficult case. Not because the defendant possessed and detonated destructive devices, but because he did so while making extremely disturbing and violent statements. The Presentence Investigation Report sets forth in detail the background and facts underlying the defendant's conduct.  In resolving the case, the government advocated for a minimal term of incarceration arguing that the three year term of supervised release would provide the best opportunity for the defendant to get the help he needed.   The government took that position in part after taking into account the mental evaluation of the defendant.  The Court agreed and sentenced the defendant accordingly.

Thankfully, it does appear that the defendant has so far succeeded on supervision.  But the

government believes that the facts surrounding this case call for the defendant's completion of the full term of supervised release. The only reason that the defendant offers on why he needs to end supervised release is his desire to enroll in the military. The defendant will most likely face a difficult challenge pursuing a career in the military based on his conviction in this case. That being requiring the defendant to complete his full three year term of supervision will in no way further impair his ability to pursue future career goals.

DATED this 29th day of February, 2016.

Respectfully submitted,

DANIEL G. BOGDEN  
United States Attorney  
            //s//          
NICHOLAS D. DICKINSON  
Assistant United States Attorney

2